FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 1:24-CR-2002-SAB-1 |
| v. | |
| MARTIN VINCENTE PATINO, | **ORDER DISMISSING** |
| Defendant. | **INDICTMENT** |

    A sentencing hearing was held in a related matter on November 19, 2024, in Yakima, Washington. Defendant was present, in custody, and represented by Craig Webster. The United States was represented by Benjamin Seal.

    The Government asked this Court to dismiss the Indictment filed in the above-captioned case because Defendant has now been sentenced in the related matter, 1:23-CR-2072-SAB-1. Defendant did not object. This Order memorializes the Court's oral ruling.

//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' oral motion to dismiss indictment, is **GRANTED**.

2. The Indictment filed in the above-captioned case, ECF No. 1, is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 22nd day of November 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT** # 2